UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINGO PASCUAL,
                             Plaintiff,

                  -against-                    21 Civ. 5770 (LGS)

                                    ORDER
KATANA FITNESS INC.,

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order dated September 17, 2021 (Dkt. No. 13), directed the parties to file a joint status letter by January 28, 2022.

       WHEREAS, the parties failed to timely submit a joint status letter.  It is hereby

       **ORDERED** that by **February 2, 2022**, the parties shall jointly file a status letter with the content as stated in Individual Rule IV.A.2., including advising the Court whether they request a referral for settlement discussions.

Dated: January 31, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE